IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| LAWTON THORNTON and ANNA J THORNTON, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION NUMBER: |
| EQUIFAX INFORMATION SERVICE, LLC. | * * * | |
| Defendant. | * * | |

## COMPLAINT

COME NOW the Plaintiffs, LAWTON THORNTON and ANNA J. THORNTON, who file this their Complaint against the Defendant, EQUIFAX CREDIT INFORMATION SERVICE, LLC. and respectfully shows the Court as follows, to-wit:

### COUNT ONE

1. The Defendant, EQUIFAX CREDIT INFORMATION SERVICE, LLC., hereafter "Equifax" is a credit reporting agency doing business in the State of Georgia. The Defendant may be served with process by service upon its duly appointed agent for service of process, the same being Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, Georgia, 30092.

2. This Court has jurisdiction over this case because this is a claim arising under the Fair Credit Reporting Act "FCRA", codified as 15 USC Section 1681, et seq. This Court has jurisdiction over this matter pursuant to 28 USC Section 1441 and 15 USC Section 1681p. The Court has pendent jurisdiction over the Plaintiff's

State Law claim.

3. The Defendant EQUIFAX is a business which operates to serve business entities by furnishinf credit information about prospective or current customers with regard to their credit ratings, and its actions are regulated in part by the Fair Credit Reporting Act.

4. The Plaintiffs show that the Defendant EQUIFAX maintains credit files on the Plaintiffs, and has done so for a period of years through the time of the filing this Complaint.

5. The Plaintiffs show that they became aware that the EQUIFAX reports about the Plaintiffs contained various inaccuracies and untruthful statements, and the Plaintiffs made a written demand upon EQUIFAX for verification and investigation of the disputed accounts, along with a demand that the disputed information be removed from their files.

6. The Plaintiffs show that they sent multiple written disputes, the Plaintiffs made written demands upon EQUIFAX that inaccurate information be removed from their credit files regarding First Southern Bank.

7. The Plaintiffs show that EQUIFAX violated its duty to properly demand verification from FIRST SOUTHERN BANK regarding the disputed accounts, as required by the Fair Credit Reporting Act.

8. The Plaintiffs show that as a result of the failure of the Defendant EQUIFAX to properly verify the

alleged account, the Plaintiffs have suffered serious damage and harm to their credit ratings.

9. The Plaintiffs show that they have written the Defendant EQUIFAX regarding the FIRST SOUTHERN BANK and the Defendant EQUIFAX has failed to respond to said requests.

10. As a result of the aforesaid violations, the Plaintiffs have been damaged and harmed, and have been humiliated and subjected to embarrassment because they could not obtain credit.

11. The Plaintiffs show that they have made written requests to Equifax that they be provided with copies of their credit reports.

12. The plaintiffs show that the Defendant Equifax failed to provide the plaintiffs with copies of their credit reports as provide by the Fair Credit Reporting Act.

13. The plaintiffs show that the plaintiffs' counsel has communicated to Equifax the plaintiffs contentions that Equifax had violated the plaintiffs rights under the FCRA, and they further show the Court that Equifax failed to respond to said communication. Copies of said communications are attached hereto.

14. The Plaintiffs show the failure of Equifax to respond to the letters constitutes an admission that Equifax does not dispute the allegations that Equifax has violated the Plaintiffs' rights under the Fair Credit

15. The Plaintiffs are entitled to recover their actual damages for the aforesaid violations in an amount of not less than $100,000.00 from the Defendant.

16. The Plaintiffs are also entitled to recover statutory damages, as authorized by the Fair Credit Reporting Act, and are also entitled punitive damages.

17. The Plaintiffs are entitled to recover their reasonable attorney's fees for the filing and prosecution of this action, all as provided for by the Fair Credit Reporting Act.

WHEREFORE, the Plaintiffs pray:

A. That Summons of Process issue, and that the Defendant be served and required to answer, all as provided by law;

B. That each of the Plaintiffs have judgment against the Defendant for his actual damages in an amount of not less than $100,000.00; statutory damages as provided under the Fair Credit Reporting Act; reasonable attorney's fees in an amount of not less than $50,000.00; punitive damages, together with the costs of this action;

C. That the Plaintiffs have a trial by jury; and

D. For such other and further relief as to the Court may seem just and proper.

_____
W. DOUGLAS ADAMS
ATTORNEY FOR PLAINTIFFS

1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
(912) 265-1966

## W. DOUGLAS ADAMS
ATTORNEY AT LAW
1829 NORWICH STREET
BRUNSWICK, GEORGIA

TELEPHONE (912) 265-1966

MAILING ADDRESS:
POST OFFICE BOX 857
BRUNSWICK, GEORGIA 31521-085

SENT BY EMAIL TO: charles.campbell@equifax.com

August 24, 2023

Charles Campbell, Esquire
Equifax, Inc.

RE: My Client: Anna Jeanne Thornton
    Social Security: ~~[redacted]~~
    Date of Birth: ~~[redacted]~~

Dear Mr. Campbell:

I am writing to you since you were involved in the earlier claim of Anna Thornton. After that trial, Ms. Thornton requested her Equifax credit reports on more than one occasion but never received the same. She also sent a letter by certified mail to Equifax disputing any trade line involving First Southern Bank. She never received a response from Equifax. It is our position that Equifax has violated the rights of Ms. Thornton under the Fair Credit Reporting Act.

If you have any questions concerning this matter, please do not hesitate to call me.

Sincerely yours,

W. Douglas Adams

WDA:mmv

**W. DOUGLAS ADAMS**
ATTORNEY AT LAW
1829 NORWICH STREET
BRUNSWICK, GEORGIA

TELEPHONE (912) 265-1966

MAILING ADDRESS:
POST OFFICE BOX 857
BRUNSWICK, GEORGIA 31521-0857

SENT BY EMAIL TO: charles.campbell@equifax.com

August 24, 2023

Charles Campbell, Esquire
Equifax, Inc.

RE: My Client: Lawton Grady Thornton
    Social Security: [redacted]
    Date of Birth: [redacted]

Dear Mr. Campbell:

I am writing to you since you were involved in the earlier claim of Lawton Thornton. After that trial, Mr. Thornton requested his Equifax credit reports on more than one occasion but never received the same. He also sent a letter by certified mail to Equifax disputing any trade line involving First Southern Bank. He never received a response from Equifax. It is our position that Equifax has violated the rights of Mr. Thornton under the Fair Credit Reporting Act.

If you have any questions concerning this matter, please do not hesitate to call me.

Sincerely yours,

W. Douglas Adams

WDA:mmv