IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LAWTON THORNTON, and ANNA J. THORNTON,<br><br>    Plaintiffs,<br>v.<br>EQUIFAX INFORMATION SERVICE, LLC,<br><br>    Defendant. | CIVIL ACTION NO.: 5:23-cv-98 |

**O R D E R**

The Court conducted a telephonic status conference on January 22, 2024. Doc. 11. Plaintiffs recently obtained new counsel. Doc. 10. Plaintiffs request a 30-day extension to respond to Defendant's motion to dismiss or to amend their Complaint. Defendant has no objection to this request. Upon due consideration and good cause shown, the Court **GRANTS** Plaintiffs' request for a 30-day extension to file a response to Defendant's motion to dismiss. Plaintiffs shall file a response to Defendant's motion to dismiss on or before February 21, 2024.

**SO ORDERED**, this 29th day of January, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA