# In the United States District Court for the Southern District of Georgia Waycross Division

LAWTON THORNTON and
ANNA J. THORNTON,

    Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

CV 5:23-098

## ORDER

Plaintiffs Lawton Thornton and Anna Thornton initiated this action on October 24, 2023. See Dkt. No. 1. On November 15, 2023, the Court stayed all deadlines in this case to provide Plaintiffs time to obtain new counsel. Dkt. No. 4. Nevertheless, on November 20, 2023, Defendant Equifax Information Services, LLC moved to dismiss the complaint. Dkt. No. 6. On January 22, 2024, the Court held a status conference with the parties, including Plaintiffs' new counsel, and granted Plaintiffs' oral motion for an extension of time to file a response to Defendant's motion to dismiss. See Dkt. Nos. 11, 12. Then, on February 21, 2024, Plaintiffs timely filed an amended complaint. Dkt. No. 16. For the reasons below, Defendant's motion to dismiss is **DENIED as moot**.

**LEGAL STANDARD**

A party may amend its pleading once as a matter of course "within 21 days after serving it" or, "if a responsive pleading is required, within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f) [of the Federal Rules of Civil Procedure], whichever is earlier." Fed. R. Civ. P. 15(a)(1). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

**DISCUSSION**

Plaintiffs timely filed their amended complaint within the extended period for filing a response to Defendant's motion to dismiss granted by the Court. See Dkt. Nos. 11, 12, 16; see also Fed. R. Civ. P. 15(a)(1). Further, Plaintiffs' amended complaint supersedes their original complaint. Defendant's motion to dismiss the original complaint, dkt. no. 6, has thus been rendered moot by Plaintiffs' filing of their amended complaint. Should Defendant wish to renew its motion to dismiss with regard to the

amended complaint, it is granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendant's motion to dismiss the original complaint, dkt. no. 6, is **DENIED as moot.**

**SO ORDERED,** this 26 day of February, 2024.

```
_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```