IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISON

| | | |
|---|---|---|
| LAWTON THORNTON and ANNA J. THORNTON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 5:23-cv-00098-LGW-BWC |
| EQUIFAX INFORMATION SERVICES LLC, | ) ) ) | |
| Defendant. | ) | |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiffs Lawton and Anna J. Thornton and Equifax Information Services LLC ("Equifax") hereby notify the Court that Plaintiffs have settled their claims against Equifax. Plaintiffs and Equifax are in the process of completing paperwork attendant to the settlement and expect to file a notice of dismissal with prejudice no later than April 25, 2024.

This 11th day of March, 2024.

/s/ Craig E. Bertschi
Craig E. Bertschi
Georgia Bar No. 055739
678.999.1102 (v)
ceb@mcraebertschi.com

**MCRAE BERTSCHI & COLE LLC**
1872 Independence Square, Suite D
Dunwoody, Georgia 30338

/s/ Clifford Carlson
Clifford Carlson, Esq.
GA Bar No.: 227503
Tel. 478-254-1018
**cc@cliffcarlsonlaw.com**

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047

*Counsel for Plaintiff*

/s/ Eric Barton
Eric Barton
Georgia Bar No. 040704
**ebarton@seyfarth.com**
Theodore Roethke
Georgia Bar No. 111568
**troethke@seyfarth.com**

**SEYFARTH SHAW LLP**
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:  (404) 885-1500
Facsimile:    (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*